IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHADEVEN JASON HARPER,

    Petitioner,        No. CIV S-03-0410 GEB GGH P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.       <u>ORDER</u>

_____/

       Petitioner's counsel has requested an extension of time to file objections to the November 10, 2005 findings and recommendations. Petitioner's November 28, 2005 request does not include either a lodged proposed order via ECF in .pdf format or a proposed order emailed in word processing format, as required by the local rules. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

       IT IS SO ORDERED.

DATED: 12/7/05

                             /s/ Gregory G. Hollows
                             _____
                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
harp0410.137