IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHADEVEN JASON HARPER,

    Petitioner,                      2:03-cv-0410-GEB-GGH-P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                    ORDER

_____/

       Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's March 13, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

       A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2  Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issue presented in the instant petition: whether the trial court's denial of a motion
4  for a trial continuance to allow attendance of a defense witness violated petitioner's Fourteenth
5  Amendment right to due process and his Sixth Amendment right to present a defense.

6  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  Dated:  May 12, 2006

10  <u>/s/ Garland E. Burrell, Jr.</u>
    GARLAND E. BURRELL, JR.
    United States District Judge

---

25  [1] Except for the requirement that appealable issues be specifically identified, the standard
26  for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.